Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Nowles H. Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-66-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vios:  18 U.S.C. § 1951(a) Robbery Affecting Commerce (Counts 1, 3) |
| JAMES Z. BROWN, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(ii) Brandishing a Firearm During a Crime of Violence (Counts 2, 4) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of Firearm (Count 5) |
| | 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461 Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about December 12, 2023, in the Eastern District of Washington, the Defendant, JAMES Z. BROWN, did unlawfully obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in 18 U.S.C. § 1951, at Sunval gas station, a business entity engaged in interstate commerce, to wit: the Defendant did unlawfully take and obtain personal property, to wit: U.S. Currency belonging to the Sunval gas station, from S.C., an employee of the Sunval gas station, in S.C.'s presence and against S.C.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to S.C.'s person, all in violation of 18 U.S.C. § 1951(a).

## COUNT 2

On or about December 12, 2023, in the Eastern District of Washington, the Defendant, JAMES Z. BROWN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, namely, Robbery Affecting Commerce, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 3

On or about December 12, 2023, in the Eastern District of Washington, the Defendant, JAMES Z. BROWN, did unlawfully obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in 18 U.S.C. § 1951, at Jacksons, a business entity engaged in interstate commerce, to wit: the Defendant did unlawfully take and obtain

INDICTMENT – 2

personal property, to wit: U.S. Currency belonging to Jacksons, from J.H. and L.H., both employees of Jacksons, in J.H. and L.H.'s presence and against J.H. and L.H.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to J.H. and L.H.'s persons, all in violation of 18 U.S.C. § 1951(a).

## COUNT 4

On or about December 12, 2023, in the Eastern District of Washington, the Defendant, JAMES Z. BROWN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, namely, Robbery Affecting Commerce, as charged in Count 3 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 5

On or about December 13, 2023, in the Eastern District of Washington, the Defendant, JAMES Z. BROWN, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson, model M&P, 9mm caliber pistol, with an obliterated serial number, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 1951(a), as set forth in Counts 1 and 3 of this Indictment, the Defendant, JAMES Z. BROWN, shall forfeit to the United

INDICTMENT – 3

States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

//

//

//

//

//

//

//

//

INDICTMENT – 4

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1951(a), as set forth in Counts 1 and 3 of this Indictment and/or upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(iii), as set forth in Counts 2 and 4 of this Indictment, and/or upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 5 of this Indictment, the Defendant, James Z. Brown, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson, model M&P, 9mm caliber pistol, with an obliterated serial number

DATED this __9__ day of May, 2024.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Nowles H. Heinrich_
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 5